UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARL KELLY,<br>　　　　Plaintiff,<br>　　v.<br>P. SULLIVAN, et al.,<br>　　　　Defendants. | Case No. 18-cv-06386-SI<br><br>**ORDER SETTING NEW DEADLINE FOR AMENDED COMPLAINT**<br>Re: Dkt. No. 13 |

On November 29, 2018, the court dismissed the complaint with leave to file an amended complaint by January 4, 2019. Docket No. 8. On March 22, 2019, the court set a new deadline for an amended complaint of April 19, 2019, after it became apparent that the order of dismissal with leave to amend had not reached plaintiff. Docket No. 11. The court directed the clerk to mail to plaintiff "a copy of his original complaint (Docket No. 1), the order of dismissal with leave to amend (Docket No. 8), and the court's form civil rights complaint for plaintiff to use in preparing an amended complaint." Docket No. 11. On April 8, 2019, plaintiff sent another letter and motion for leave to file an amended complaint stating that he had been moved and needed a copy of the original complaint, the order of dismissal with leave to amend, and the court's form civil rights complaint so that he could prepare an amended complaint. Docket Nos. 12, 13. Upon due consideration, plaintiff's motion for leave to file an amended complaint is GRANTED. Docket No. 13. Plaintiff must file an amended complaint no later than **June 7, 2019,** that corrects the deficiencies discussed in the order of dismissal with leave to amend. This deadline will not be further extended and the action will be dismissed if plaintiff fails to file an amended complaint by the deadline. The clerk will once again mail to plaintiff a copy of his original complaint (Docket No. 1), the order of dismissal with leave to amend (Docket No. 8), and the court's form civil rights complaint for

plaintiff to use in preparing an amended complaint.

Plaintiff is cautioned that he must write more neatly in his future filings. Many of the words in his filings are illegible.

**IT IS SO ORDERED**.

Dated: April 9, 2019

SUSAN ILLSTON
United States District Judge