UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARL KELLY, <br> Plaintiff, <br> v. <br> P. SULLIVAN, et al., <br> Defendants. | Case No. 18-cv-06386-SI <br><br> **JUDGMENT** |

This action is dismissed with prejudice for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 9, 2019

_____
SUSAN ILLSTON
United States District Judge